IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00107-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANK W. LEWIS,

    Defendant.

---

**MINUTE ORDER**[1]

---

On May 27, 2010, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That the change of plea hearing in this matter is set for **August 6, 2010**, at 10:00 a.m. This is a joint change of plea hearing with Criminal Case No. 09-cr-00357-REB, *USA v. Thrasher*; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: May 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.