**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00107-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. FRANK W. LEWIS,

      Defendant.

---

**MINUTE ORDER**[1]

---

      At the oral request of the parties, the change of plea hearing set for August 6, 2010, is **VACATED** and is **CONTINUED** to **August 13, 2010**, at 11:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated: August 6, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.